UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
: 
In re: : Chapter 11
:
EAST 44TH REALTY, LLC, : Case No. 05-16167 (RDD)
:
                    Debtor. :
-----------------------------------------------------X
G SQUARED ASSOCIATES LLC, :
G SQUARED MANAGEMENT LLC, :
ALLEN GUTTERMAN, and :
MARK GUTTERMAN, : Docket No.: 07 CV
:
                    Appellants :
:
   - against - :
:
DAVID R. KITTAY, as Chapter 11 Trustee :
of East 44th Realty, LLC :
:
                    Appellee. :
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

     Stephanie S. Pender hereby certifies that on October 9, 2007 true and correct copies of the

*Appellee, David R. Kittay's, Designation of Additional Items to Be Included in the Contents of the*

*Record on Appeal and Cross-Appellant David R. Kittay's Statement of Issues on Cross-Appeal* were

served via first class mail by depositing such in an official depository under the exclusive care and

custody of the United States Postal Service addressed to the following:

Joshua J. Angel, Esq.
Herrick Feinstein
Two Park Avenue
New York, NY 10016

Allan Gutterman
132 East 36th Street
New York, New York 10016

Larry Glick, Esq.
1305 Franklin Ave.
Garden City, New York 11530

Richard Morrissey, Esq.
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Lawrence E. Tofel, Esq.
Tofel & Partners, LLP
800 Third Avenue
New York, New York 10022

Ronald D. Sernau, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

Gary Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

          /s/ Stephanie S. Pender
            Stephanie S. Pender

Sworn to me before this
9th  day of October, 2007


 /s/ Michelle G. Gershfeld
Notary Public
MICHELLE G. GERSHFELD
Notary Public, State of New York
No. 31-4962406
Qualified in Westchester County
Commission Expires February 12, 2010