UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re: : Chapter 11

EAST 44TH REALTY, LLC, : Case No. 05-16167 (RDD)

                Debtor. :
-------------------------------------------------------X
G SQUARED ASSOCIATES LLC, :
G SQUARED MANAGEMENT, LLC, :
ALLEN GUTTERMAN, and :
MARK GUTTERMAN, :

         Appellants, : Case No. 07-CV- 09565 (PAC)

    against : (Bankruptcy Appeal)

DAVID R. KITTAY, as Chapter 11 :
Trustee of East 44th Realty, LLC, :

         Appellee. :
-------------------------------------------------------X

**<u>CERTIFICATE OF SERVICE</u>**

      Stephanie S. Pender hereby certifies that on November 28, 2007 true and correct copies of (I) the *Brief of David R. Kittay, Chapter 11 Trustee for the Estate of East 44th Realty, LLC, in Opposition to Appellant's Appeal*; (II) the *Notice of Appearance of David R. Kittay, Esq.*; and (III) the *Notice of Appearance of Judith L. Siegel, Esq.* were served: (a) by Federal Express addressed to the following:

Herrick Feinstein LLP
Paul Rubin, Esq.
Joshua Angel, Esq.
2 Park Avenue
New York, NY 10016

Larry I. Glick, PC
Larry Glick, Esq.
1305 Franklin Avenue
Garden City, NY 11530.

and (b) via email to: jangel@herrick.com; prubin@herrick.com; and larryglick@rcn.com

       /s/ Stephanie S. Pender
       Stephanie S. Pender

Sworn to me before this
28th day of November, 2007


 /s/ Michelle G. Gershfeld
Notary Public
MICHELLE G. GERSHFELD
Notary Public, State of New York
No. 31-4962406
Qualified in Westchester County
Commission Expires February 12, 2010