UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

EAST 44TH REALTY, LLC,

                Debtor.
------------------------------------------------------X
G SQUARED ASSOCIATES LLC,
G SQUARED MANAGEMENT, LLC,
ALLEN GUTTERMAN, and
MARK GUTTERMAN,

                Appellants,

        against

DAVID R. KITTAY, as Chapter 11
Trustee of East 44th Realty, LLC,

                Appellee.
------------------------------------------------------X

**Document Electronically Filed**

Chapter 11

Case No. 05-16167 (RDD)

**APPEARANCE**

Case No. 07-CV- 09565 (PAC)

(Bankruptcy Appeal)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for David R. Kittay, as Chapter 11 Trustee of East 44th Realty, LLC, Appellee, in the above-referenced matter.

    I certify that I am admitted to practice in this court.

Dated:  Tarrytown, New York
          November 28, 2007

                                      Respectfully submitted,

                                      KITTAY & GERSHFELD, P.C.
                                      Attorneys for the Appellee

                                      /s/ David R. Kittay
                                      David R. Kittay (DK 0481)
                                      100 White Plains Road
                                      Tarrytown, New York 10591
                                      Telephone: (914) 332-8000
                                      Facsimile: (914) 332-8001