UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

EAST 44TH REALTY, LLC,

                  Debtor.
------------------------------------------------------X
G SQUARED ASSOCIATES LLC,
G SQUARED MANAGEMENT, LLC,
ALLEN GUTTERMAN, and
MARK GUTTERMAN,

                  Appellants,

     against

DAVID R. KITTAY, as Chapter 11
Trustee of East 44th Realty, LLC,

                  Appellee.
------------------------------------------------------X

**Document Electronically Filed**

Chapter 11

Case No. 05-16167 (RDD)

**APPEARANCE**

Case No. 07-CV- 09565 (PAC)

(Bankruptcy Appeal)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for David R. Kittay, as Chapter 11 Trustee of East 44th Realty, LLC, Appellee, in the above-referenced matter.

I certify that I am admitted to practice in this court.

Dated:  Tarrytown, New York
        November 28, 2007

                                          Respectfully submitted,

                                          KITTAY & GERSHFELD, P.C.
                                          Attorneys for the Appellee

                                          /s/ Judith L. Siegel
                                          Judith L. Siegel (JS 1208)
                                          100 White Plains Road
                                          Tarrytown, New York 10591
                                          Telephone:  (914) 332-8000
                                          Facsimile:  (914) 332-8001