ELECTRONICALLY FILED

Herrick, Feinstein LLP
Paul Rubin (PR-2097)
Joshua J. Angel (JA-3288)
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
**prubin@herrick.com**

Co-counsel For Appellants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re:                                            :
                                                  :
   East 44th Realty LLC,                         :
                                                  :
                                Debtor.       :
                                                  :
------------------------------------------------- x
                                                  :
G SQUARED ASSOCIATES LLC, G                       :
SQUARED MANAGEMENT LLC, ALLEN                     :   Case No. 07-CV-09565 (PAC)
GUTTERMAN, and MARK GUTTERMAN,                    :
                                                  :   (Bankruptcy Appeal)
                          Appellants,   :
                                                  :
         -against-                              :
                                                  :
DAVID R. KITTAY, as Chapter 11                    :
Trustee of East 44th Realty LLC,                  :
                                                  :
                          Appellee.     :
------------------------------------------------- x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Herrick, Feinstein LLP hereby enters its appearance as co-counsel for Appellants G Squared Associates LLC, G Squared

Management LLC, Allen Gutterman, and Mark Gutterman, in the above-captioned matter and demands that all notices given or required to be given, any and all future correspondence, pleadings or other documents, including any electronic filings, related to this case should be forwarded to the following undersigned attorney of record at the address indicated:

Dated: New York, New York
       December 10, 2007

                              HERRICK, FEINSTEIN LLP

                    By:      /s/ Paul Rubin
                          Paul Rubin (PR-2097)
                          Herrick, Feinstein LLP
                          2 Park Avenue
                          New York, New York 10016
                          (212) 592-1400
                          (212) 592-1500 (fax)
                          prubin@herrick.com