**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

EAST 44TH REALTY, LLC.,

               Debtor.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/11

07 CIVIL 9565 (PAC)

**JUDGMENT**

      G Squared associates, LLC, G Squared Management LLC, Allen Gutterman and Mark Gutterman having appealed from a Order of the United States Bankruptcy Court for the Southern District of New York (Drain, J.), and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on October 8, 2008, having rendered its Memo Endorsed Order denying the appeal and affirming the Order of the Bankruptcy Court, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated October 8, 2008, the order of the bankruptcy court is hereby affirmed and the appeal is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
       October 9, 2008

                                                 J. MICHAEL McMAHON
                                                     Clerk of Court
                         BY:
                                                     Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____